UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated,

                    Plaintiff,

vs.

GLEAM HOLDINGS, INC.,

                    Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-01331-CM

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Luigi Abreu hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Gleam Holdings, Inc.

DATED: July 14, 2022                     **MIZRAHI KROUB LLP**

                                                  /s/ Edward Y. Kroub
                                              EDWARD Y. KROUB

                            EDWARD Y. KROUB
                            JARRETT S. CHARO
                            WILLIAM J. DOWNES
                            200 Vesey Street, 24th Floor
                            New York, NY  10281
                            Telephone:  212/595-6200
                            212/595-9700 (fax)
                            ekroub@mizrahikroub.com
                            jcharo@mizrahikroub.com
                            wdownes@mizrahikroub.com

                            *Attorneys for Plaintiff*